# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00026-CR

**Louis James Brown III, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 296TH DISTRICT COURT OF COLLIN COUNTY
## NO. 296-83597-2019, JOHN R. ROACH JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On January 13, 2021, Louis James Brown III filed a notice of appeal of a judgment of conviction for the offense of stalking out of Collin County, Texas. *See* Tex. Penal Code § 42.072. However, the criminal appellate jurisdiction vested in this Court by the Texas Constitution and the Code of Criminal Procedure is limited to counties in this Court's appellate district. *See* Tex. Const., art. V, § 6 (providing that courts of appeals "shall have appellate jurisdiction co-extensive with the limits of their respective districts, which shall extend to all cases of which the District Courts or County Courts have original or appellate jurisdiction, under such restrictions and regulations as may be prescribed by law"); Tex. Code Crim. Proc. arts. 4.01 (establishing criminal jurisdiction in criminal actions in courts of appeals), .03 (providing that courts of appeals "shall have appellate jurisdiction coextensive with the limits of their respective districts in all criminal cases except those in which the death penalty has been assessed"). Collin County lies outside this Court's district. *See* Tex. Gov't Code § 22.201(d) (listing counties in

Third Court's district), (f) (including Collin County in list of counties in Fifth Court's district). Thus, because Collin County lies outside of our district, we have no appellate jurisdiction in this matter. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also Rodriguez v. State*, 970 S.W.2d 133, 135 (Tex. App.—Amarillo 1998, pet. ref'd) (applying Rule 42.3 in criminal context).

 

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed for Want of Jurisdiction

Filed: March 18, 2021

Do Not Publish